1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11   SHARON RUTH SPENCER,                    )      NO. CV 12-6711 SJO (FMO)
                                             )
12                        Petitioner,        )
                                             )
13               v.                          )      **JUDGMENT**
                                             )
14   THE PEOPLE OF THE STATE OF              )
     CALIFORNIA,                             )
15                                           )
                                             )
16                        Respondent.        )
     _____        )

17           IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

18
19   Dated:  August 9, 2012.

20

21                                                   S. JAMES OTERO
                                                  UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28